**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ZUO LING FENG and YUEHENG ZHENG DE
FENG,

                         Plaintiffs,                25 **CIVIL** 2313 (DEH) (GWG)

           -against-                      **JUDGMENT**

  JPMORGAN CHASE BANK, N.A.,

                       Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 31, 2026, JPMorgan's Motion to Dismiss is

GRANTED as to all claims. A dismissal for "failure to state a claim" is "generally with

prejudice." Miller v. Brightstar Asia, Ltd., 43 F.4th 112, 126 (2d Cir. 2022) (citation omitted).

Accordingly, this case is DISMISSED WITH PREJUDICE.

**Dated:** New York, New York

      March 31, 2026

                             **TAMMI M. HELLWIG**

                                 **Clerk of Court**

               **BY:**

                                **Deputy Clerk**